# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RICHARD WHITTINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:18-cv-00210-JDL |
| DONALD JOHN TRUMP, | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge John C. Nivison filed his Recommended Decision (ECF No. 7) with the Court on June 8, 2018, pursuant to 28 U.S.C. § 636(b)(1)(B)(2018) and Fed. R. Civ. P. 72(b). The Plaintiff ("Whittington") filed an Objection to the Recommended Decision (ECF No. 9) on June 18, 2018.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ACCEPTED** (ECF No. 7). Additionally, I **ORDER** that all exhibits to Whittington's Objection (ECF Nos. 9-1 – 9-7) be sealed.

1

**SO ORDERED.**

Dated this the 29th day of June, 2018

                                                                **/s/ Jon D. Levy**
                                                          **U.S. DISTRICT JUDGE**